IN THE DISTRICT COURT OF THE UNITED STATES FOR THE

MIDDLE DISTRICT OF ALABAMA, NORTHERN DIVISION

```
WELLS FARGO BANK,              )
                               )
    Plaintiff,                 )
                               )    CIVIL ACTION NO.
    v.                         )    2:12cv854-MHT
                               )         (WO)
LANDMARK SIGN COMPANY, INC.,   )
and CHRISTOPHER H. BRYAN,      )
                               )
    Defendants.                )
```

CONSENT JUDGMENT

This matter comes before the Court on the Joint Motion for Consent Judgment filed by plaintiff Wells Fargo Bank, National Association, successor by merger to Wachovia Bank, National Association ("Plaintiff") and defendants Landmark Sign Company, Inc. ("Borrower") and Christopher H. Bryan ("Guarantor," and collectively with Borrower, the "Defendants"), on or about July 12, 2013.

Based upon the request of the parties, and for good cause shown, the Court ORDERS, ADJUDGES, and DECREES that the Joint Motion for Consent Judgment (Doc. No. 17) is granted as follows:

(1) Judgment is granted and entered in favor of plaintiff Wells Fargo Bank, National Association and against defendants Landmark Sign Company, Inc. and Christopher H. Bryan, jointly and severally, in the following amounts:

(a) $127,751.70; and

(b) Such other amounts as set forth in that certain Settlement Agreement dated June 18, 2013.

(2) Plaintiff Wells Fargo Bank, National Association shall be entitled to recover reasonable attorneys' fees and expenses incurred in executing and collecting on this judgment upon application to and approval by this Court.

(3) This Court retains jurisdiction over this matter for the purposes of handling any motions or other matters relating to the enforcement and collection of this consent judgment, and making an award of attorneys' fees to the plaintiff Wells Fargo Bank, National Association for its future collection costs, if any.

    (4) The clerk of the court is DIRECTED to enter this document on the civil docket as a final judgment pursuant to Rule 58 of the Federal Rules of Civil Procedure.

    (5) This case is closed.

    DONE, this the 16th day of July, 2013.

                                                         /s/ Myron H. Thompson
                                                     UNITED STATES DISTRICT JUDGE